UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION (TOLEDO)

| | | |
|---|---|---|
| HOWARD FRANK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 3:05-cv-07393-JGC **(Consolidated)** |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge James G. Carr |
| DANA CORPORATION, et al., | ) ) | |
| Defendants. | ) ) ) | |

MOTION FOR ADMISSION *PRO HAC VICE* FOR DEBRA J. WYMAN

| | |
|---|---|
| LANDSKRONER • GRIECO • MADDEN, LTD. <br> JACK LANDSKRONER (0059227) <br> 1360 West 9th Street, Suite 200 <br> Cleveland, OH  44113 <br> Telephone:  216/522-9000 <br> 216/522-9007 (fax) <br><br> Liaison Counsel | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP <br> MICHAEL J. DOWD <br> 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 <br> Telephone:  619/231-1058 <br> 619/231-7423 (fax) <br><br> Lead Counsel for Plaintiffs |

NOW COME the movants, SEIU Pension Plans Master Trust, West Virginia Laborer's Pension Trust Fund and Plumbers and Pipefitters National Pension Fund, by and through their counsel, Jack Landskroner of Landskroner • Grieco • Madden, Ltd., respectfully requesting an Order be entered permitting attorney Debra J. Wyman to appear *pro hac vice* in the pending matter.  In support of the motion, movants state as follows:

1. Attorney Wyman is in good standing with the California Bar as evidenced by the Certificate of Good Standing from the State Bar of California, attached hereto as Exhibit A.

2. At no time has attorney Wyman been sanctioned by any court nor disciplined by any association.  Nor are there any pending unresolved matters.

3. Attorney Wyman will abide by all the rules, regulations and procedures of the State of Ohio and will be subject to the contempt citation of the Court.

4. Pursuant to Local Rule 83.5(h), the information required for Debra J. Wyman is as follows:

> Debra J. Wyman (California Bar No. 190812)
> LERACH COUGHLIN STOIA
>  GELLER RUDMAN & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA  92101
> Telephone: 619/231-1058
> 619/231-7423
> debraw@lerachlaw.com

DATED:  June 9, 2006                           ANDSKRONER • GRIECO • MADDEN,    LTD.

                                               s/ Jack Landskroner
                                               JACK LANDSKRONER (0059227)
                                               1360 West 9th Street, Suite 200
                                               Cleveland, OH  44113
                                               Telephone:  216/522-9000
                                               216/522-9007 (fax)

                                               Liaison Counsel

- 1 -

- 2 -

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MICHAEL J. DOWD
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
Telephone: 202/362-0041
202/362-2640 (fax)

Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Jack Landskroner
JACK LANDSKRONER (0059227)

1360 West 9th Street, Suite 200
Cleveland, OH  44113
Telephone:  216/522-9000
216/522-9007 (fax)
E-mail:jack@landskronerlaw.com

# Mailing Information for a Case 3:05-cv-07393-JGC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Anthony J. Calamunci, Sr.**
  acalamunci@ralaw.com bbreier@ralaw.com

- **Joseph M. Callow, Jr.**
  jcallow@kmklaw.com arox@kmklaw.com

- **Jack Landskroner**
  jack@landskronerlaw.com debra@landskronerlaw.com

- **Ann L. Lugbill**
  alugbill@choice.net

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **Keith W. Schneider**
  kwschneider@ms-lawfirm.com kwschneider@ms-lawfirm.com;jsecrest@ms-lawfirm.com;jbryan@ms-lawfirm.com;abalent@ms-lawfirm.com;snichelson@ms-lawfirm.com

- **Scott D. Simpkins**
  sdsimp@climacolaw.com sdsimp@climacolaw.com

- **David W. Zoll**
  david@toledolaw.com christy@toledolaw.com;sue@toledolaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)