UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HOWARD FRANK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DANA CORPORATION, et al.,<br><br>Defendants. | ) No. 3:05-cv-07393-JGC<br>) **(Consolidated)**<br>)<br>) <u>CLASS ACTION</u>
)<br>) Chief Judge James G. Carr<br>)<br>)<br>)<br>)<br>) |

MOTION FOR ADMISSION *PRO HAC VICE* FOR SAMANTHA A. SMITH

| | |
|---|---|
| LANDSKRONER • GRIECO • MADDEN, LLC<br>JACK LANDSKRONER (0059227)<br>1360 West 9th Street, Suite 200<br>Cleveland, OH 44113<br>Telephone: 216/522-9000<br>216/522-9007 (fax)<br><br>Liaison Counsel | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>MICHAEL J. DOWD<br>DEBRA J. WYMAN<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |

NOW COME the movants, SEIU Pension Plans Master Trust, West Virginia Laborer's Pension Trust Fund and Plumbers and Pipefitters National Pension Fund, by and through their counsel, Jack Landskroner of Landskroner • Grieco • Madden, LLC, respectfully requesting an Order be entered permitting attorney Samantha A. Smith to appear *pro hac vice* in the pending matter. In support of the motion, movants state as follows:

1. Attorney Smith is in good standing with the California Bar.

2. At no time has attorney Smith been sanctioned by any court nor disciplined by any association. Nor are there any pending unresolved matters.

3. Attorney Smith will abide by all the rules, regulations and procedures of the State of Ohio and will be subject to the contempt citation of the Court.

4. Pursuant to Local Rule 83.5(h), the information required for Samantha A. Smith is as follows:

>Samantha A. Smith (California Bar No. 233331)
>COUGHLIN STOIA GELLER RUDMAN
>  & ROBBINS LLP
>655 West Broadway, Suite 1900
>San Diego, CA 92101
>Telephone: 619/231-1058
>619/231-7423 (fax)
>ssmith@csgrr.com

DATED: February 13, 2009                LANDSKRONER • GRIECO • MADDEN, LLC


                                        s/ JACK LANDSKRONER

                                        1360 West 9th Street, Suite 200
                                        Cleveland, OH 44113
                                        Telephone: 216/522-9000
                                        216/522-9007 (fax)
                                        jack@lgmlegal.com

                                        Liaison Counsel

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
MICHAEL J. DOWD
DEBRA J. WYMAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs


O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
Telephone: 202/362-0041
202/362-2640 (fax)

Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on **February 13, 2009**, a copy of foregoing *Motion for Admission Pro Hac Vice for Samantha A. Smith* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

s/ JACK LANDSKRONER
JACK LANDSKRONER (0059227)

1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)
E-mail: jack@lgmlegal.com