UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION (TOLEDO)

| | | |
|---|---|---|
| HOWARD FRANK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 3:05-cv-07393-JGC **(Consolidated)** |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge James G. Carr |
| DANA CORPORATION, et al., | ) ) | |
| Defendants. | ) ) ) | |

[PROPOSED] ORDER GRANTING MOTION FOR
*PRO HAC VICE* ADMISSION FOR SAMANTHA A. SMITH

LANDSKRONER • GRIECO • MADDEN, LLC
JACK LANDSKRONER (0059227)
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MICHAEL J. DOWD
DEBRA J. WYMAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

Having considered the Motion for *Pro Hac Vice* Admission for Samantha A. Smith and for good cause shown, the Court ORDERS as follows:

The Motion for *Pro Hac Vice* is GRANTED.

IT IS SO ORDERED.

DATED: February 20, 2009

s/ James G. Carr
Chief Judge

Submitted by:

LANDSKRONER • GRIECO • MADDEN, LLC

s/ Jack Landskroner

JACK LANDSKRONER (0059227)
1360 West 9th Street, Suite 200
Cleveland, OH  44113
Telephone:  216/522-9000
216/522-9007 (fax)
jack@lgmlegal.com

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MICHAEL J. DOWD
DEBRA J. WYMAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
Telephone:  202/362-0041
202/362-2640 (fax)

Additional Counsel for Plaintiffs