**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION (TOLEDO)**

| | | |
|---|---|---|
| HOWARD FRANK, Individually and On Behalf Of All Others Similarly Situated, | : : | Civil Action No. 3:05-cv-07393-JGC |
| | : | |
| Plaintiff, | : : | Class Action |
| vs. | : | CHIEF JUDGE JAMES G. CARR |
| | : : | |
| DANA CORPORATION, et al., | : : | |
| Defendants. | : : | |

---

**RENEWED MOTION OF DEFENDANTS MICHAEL J. BURNS AND
ROBERT C. RICHTER TO DISMISS THE CONSOLIDATED COMPLAINT**

---

Under Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private

Securities Litigation Reform Act, 15 U.S.C. §78u-4 *et seq.*, defendants Michael J. Burns and

Robert C. Richter move for a judgment: (a) dismissing the Consolidated Complaint dated August

15, 2006, with prejudice, for failure to state a claim and to plead securities fraud with the

requisite particularity; and (b) for such other and further relief as this Court deems proper.

Dated: April 1, 2009

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By: _____
Joel W. Sternman *(pro hac vice)*
Anthony L. Paccione *(pro hac vice)*
Julie Pechersky
Daniel A. Edelson *(pro hac vice)*

575 Madison Avenue
New York, NY 10022
(212) 940-8800

-and-

**COOPER & WALINSKI, L.P.A.**
900 Adams Street
Toledo, OH 43624
(419) 241-1200

**Attorneys for Defendants Michael J. Burns
and Robert C. Richter**