IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Howard Frank, et al,                                      Case No. 3:05CV7393

          Plaintiffs

   v.                                                                    Judgment Entry

Dana Corporation,

          Defendant


For the reasons stated in the Amended Order filed August 28, 2009,

It is hereby:

ORDERED THAT:

1. The Order entered August 25, 2009 [Doc. 117] be, and the same hereby is withdrawn and replaced by this Amended Order.

2. Defendants' motion to dismiss be, and the same hereby is granted.

3. Case closed.

So ordered.

                                                    s/James G. Carr
                                                    James G. Carr
                                                    Chief Judge