UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HOWARD FRANK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DANA CORPORATION, et al.,<br><br>Defendants. | Case No. 3:05-cv-07393-JGC<br><br>Judge James G. Carr<br><br>**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*** |

NOW COMES the plaintiff, by and through its counsel, Jack Landskroner of Landskroner - Grieco – Merriman, LLC, respectfully requesting an Order be entered permitting attorney James E. Barz to appear *pro hac vice* in the pending matter. James E. Barz has been admitted to practice law in the state of Illinois since November 5, 1998. The Affidavit of James E. Barz is attached hereto and incorporated herein in support of said motion.

DATED: October 21, 2011

LANDSKRONER - GRIECO - MERRIMAN, LLC

s/Jack Landskroner
Jack Landskroner (0059227)
LANDSKRONER - GRIECO - MERRIMAN, LLC
1360 West 9th Street, Suite 200
Cleveland, OH 44113
216/522-9000
216/522-9007 (Fax)
jack@lgmlegal.com

James E. Barz (IL Bar No. 6255605)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
619/231-1058
619/231-7423 (Fax)
jbarz@rgrdlaw.com

*Counsel for Plaintiff*

616545_1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 21, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                s/Jack Landskroner
                Jack Landskroner

616545_1