**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND; SEIU PENSION PLANS MASTER TRUST; and WEST VIRGINIA LABORERS PENSION TRUST FUND, on Behalf of Themselves and All Others Similarly Situated, ) ) ) ) ) ) | Case No. 3:05-cv-07393-JGC  **CLASS ACTION**  HON. JAMES G. CARR |
| Plaintiffs, ) | |
| vs. ) | |
| MICHAEL J. BURNS and ROBERT C. RICHTER, ) ) | |
| Defendants. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Attorney Richard S. Walinski, a member in good standing of the bar of this Court, moves under Local Civil Rule 83.5(h) for the admission *pro hac vice* of Joel W. Sternman of KATTEN MUCHIN ROSEMAN LLP, 575 Madison Avenue, New York, NY 10022 to join in the representation of Defendants Michael J. Burns and Robert C. Richter in this action. Mr. Sternman has been admitted to practice law in the State of New York since August 12, 1970. This Motion is further supported by the Affidavit of Joel W. Sternman, attached hereto. The appropriate fees have been paid to the Clerk of the Court.

Dated:  November 22, 2011		Respectfully submitted,


>	*/s/ Richard S. Walinski*
>	Richard S. Walinski (0013054)
>	COOPER & WALINSKI, L.P.A.
>	900 Adams Street
>	Toledo, Ohio  43604
>	Phone: (419) 241-1200
>	Fax:    (419) 242-5675
>	walinski@cooperwalinski.com
>
>	*Counsel for Defendants Michael J. Burns
>	and Robert C. Richter*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically this 22nd day of November, 2011 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System. The parties may access this filing through the Court's Electronic Case Filing System.

>	*/s/ Richard S. Walinski*
>	Richard S. Walinski