UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND; SEIU PENSION PLANS MASTER TRUST; and WEST VIRGINIA LABORERS PENSION TRUST FUND, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) ) ) | Case No. 3:05-cv-07393-JGC  Judge James G. Carr  **MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*** |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| DANA CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

NOW COMES the plaintiff, by and through its counsel, Jack Landskroner of Landskroner - Grieco – Merriman, LLC, respectfully requesting an Order be entered permitting attorney Maureen E. Mueller to appear *pro hac vice* in the pending matter. Maureen E. Mueller has been admitted to practice law in the state of California since December 7, 2007. The Affidavit of Maureen E. Mueller is attached hereto and incorporated herein in support of said motion.

DATED: December 1, 2011

LANDSKRONER - GRIECO - MERRIMAN, LLC

s/Jack Landskroner
Jack Landskroner (0059227)
LANDSKRONER - GRIECO - MERRIMAN, LLC
1360 West 9th Street, Suite 200
Cleveland, OH  44113
216/522-9000
216/522-9007 (Fax)
jack@lgmlegal.com

2

Maureen E. Mueller (CA Bar No. 253431)
ROBBINS GELLER RUDMAN & DOWD LLP
52 Duane Street, 7th Floor
New York, NY 10007
212/693-1058
212/693-7423 (Fax)
mmueller@rgrdlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 1, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                        s/Jack Landskroner
                                                                        Jack Landskroner