UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION (TOLEDO)

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND; SEIU PENSION PLANS MASTER TRUST; and WEST VIRGINIA LABORERS PENSION TRUST FUND, On Behalf of Themselves and All Others Similarly Situated,<br><br>                 Plaintiffs,<br><br>   vs.<br><br>MICHAEL J. BURNS and ROBERT C. RICHTER,<br><br>                 Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:05-cv-07393-JGC<br><br>Class Action<br><br>SENIOR JUDGE JAMES G. CARR<br><br>MOTION TO ADMIT DEAN RAZAVI PRO HAC VICE |

Attorney Richard S. Walinski, a member in good standing of the bar of this Court, moves under Local Civil Rule 83.5(h) for the admission *pro hac vice* of Dean Razavi of Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, NY 10022 to join in the representation of Defendants Michael J. Burns and Robert C. Richter in this action. Mr. Razavi has been admitted to practice law in the State of New York since January 20, 2011. The attached affidavit of Dean Razavi is submitted in support of this motion. The appropriate fees have been paid to the Clerk of the Court.

DATED: February _____, 2012


By: __/s/_____
               Richard S. Walinski
               Thacker Martinsek LPA
               3235 Levis Commons Blvd.
               Perrysburg, OH 43551
               (419) 931-6910

               ***Attorneys for Defendants Michael J. Burns and Robert C. Richter***

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically on this ___ day of February, 2012 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System. The parties may access this filing through the Court's Electronic Case Filing System.


               /s/_____
               Richard S. Walinski