## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION (TOLEDO)

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND; SEIU PENSION PLANS MASTER TRUST; and WEST VIRGINIA LABORERS PENSION TRUST FUND, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) ) ) | Civil Action No. 3:05-cv-07393-JGC  Class Action  SENIOR JUDGE JAMES G. CARR |
| Plaintiffs, | ) ) ) | MOTION TO ADMIT JOVANA VUJOVIC PRO HAC VICE |
| vs. | ) ) ) | |
| MICHAEL J. BURNS and ROBERT C. RICHTER, | ) ) ) | |
| Defendants. | ) ) ) ) | |

Attorney Richard S. Walinski, a member in good standing of the bar of this Court, moves under Local Civil Rule 83.5(h) for the admission *pro hac vice* of Jovana Vujovic of Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, NY 10022 to join in the representation of Defendants Michael J. Burns and Robert C. Richter in this action. Ms. Vujovic has been admitted to practice law in the State of New York since May 31, 2006. The attached affidavit of Jovana Vujovic is submitted in support of this motion. The appropriate fees have been paid to the Clerk of the Court.

DATED: February ____, 2012

By: ___/s/_____
        Richard S. Walinski
        Thacker Martinsek LPA
        3235 Levis Commons Blvd.
        Perrysburg, OH 43551
        (419) 931-6910

*Attorneys for Defendants Michael J. Burns and Robert C. Richter*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically on this ___ day of February, 2012 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System. The parties may access this filing through the Court's Electronic Case Filing System.

/s/_____
Richard S. Walinski