# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

# WESTERN DIVISION (TOLEDO)

| | |
|---|---|
| PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND; SEIU PENSION PLANS MASTER TRUST; and WEST VIRGINIA LABORERS PENSION TRUST FUND, On Behalf of Themselves and All Others Similarly Situated,<br><br>      **Plaintiffs,**<br><br>vs.<br><br>**MICHAEL J. BURNS and ROBERT C. RICHTER,**<br><br>      **Defendants.** | No. 3:05-cv-07393-JGC<br>(Consolidated)<br><br>**CLASS ACTION**<br><br>Senior Judge James G. Carr |

## DECLARATION OF ARTHUR S. LINKER

I, ARTHUR S. LINKER, hereby declare as follows:

1. I am a member of the firm of Katten Muchin Rosenman LLP, attorneys for Defendants Michael J. Burns and Robert C. Richter in this action. I have been admitted pro hac vice as an attorney in this action.

2. I submit this Declaration to provide the Court with a copy of documents referenced in Defendants' Memorandum of Law in Opposition to Motion for Class Certification.

3. Attached hereto as Exhibit A is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ marked as Exhibit 6 during the June 14, 2012 Deposition of William T. Sweeney, Jr. ("Sweeney Deposition").

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of the Sweeney Deposition.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from the transcript of the May 2, 2012 Deposition of Steven L. Smith ("Smith Deposition").

6. Attached hereto as Exhibit D is a true and correct copy of █████████ █████████████████████████, marked as Exhibit 8 during the Smith Deposition.

7. Attached hereto as Exhibit E is a true and correct copy of a draft complaint captioned "John Kent vs. Dana Corporation", marked as Exhibit 2 during the Sweeney Deposition, and which also was marked as Exhibit 5 during the Smith Deposition.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts from the transcript of the February 14, 2006 hearing before the Court in this matter.

9. Attached hereto as Exhibit G is a true and correct copy of WVL's June 27 and 28, 2012 Responses and Objections to Defendants Burns' and Richter's Interrogatory Number 1.

10. Attached hereto as Exhibit H is a true and correct copy of the November 20, 2006, Declaration of Louis P. Malone III in Support of lead plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, and Award of Attorney's Fees and Reimbursement of Expenses, submitted in *In re Cisco Systems, Inc. Securities Litigation*, No. 5:01-cv-20418-JW (N.D. Cal.) ("*In re Cisco Systems*").

11. Attached hereto as Exhibit I is a true and correct copy of the December 5, 2006 Revised Order Awarding Plaintiffs' Counsel's Attorneys Fees and Reimbursement of Expenses in *In re Cisco Systems*.

12. Attached hereto as Exhibit J is a true and correct copy of █████████ █████████████ marked as Exhibit 7 during the Sweeney Deposition.

13. Attached hereto as Exhibit K is a true and correct copy of █████████ █████████████, marked as Exhibit 9 during the Smith Deposition.

14. Attached hereto as Exhibit L is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

15. Attached hereto as Exhibit M is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ marked as Exhibit 6 during the June 4, 2012 Deposition of Mark Minar ("Minar Deposition").

16. Attached hereto as Exhibit N is a true and correct copy of excerpts from the transcript of the Minar Deposition.

17. Attached hereto as Exhibit O is a true and correct copy of the August 16, 2012 Declaration of James MacGregor.

18. Attached hereto as Exhibit P is a true and correct copy of the August 2, 2012 Declaration of Colin Burke and accompanying exhibits.

19. Attached hereto as Exhibit Q is a true and correct copy of excerpts from the transcript of the May 31 – June 1, 2012 Deposition of Jane D. Nettesheim.

I declare under perjury of perjury that the foregoing is true and correct.

Executed on August 23, 2012.

*Arthur S. Linker*
_____
Arthur S. Linker