UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION (TOLEDO)

| | |
|---|---|
| PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND; SEIU PENSION PLANS MASTER TRUST; and WEST VIRGINIA LABORERS PENSION TRUST FUND, On Behalf of Themselves and All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>  vs.<br><br>MICHAEL J. BURNS and ROBERT C. RICHTER,<br><br>             Defendants. | No. 3:05-cv-07393-JGC<br>**(Consolidated for Discovery Purposes Only)**<br><br><u>CLASS ACTION</u><br><br>Senior Judge James G. Carr |
| HAWAII IRONWORKERS ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>             Plaintiff,<br><br>  vs.<br><br>BERNARD N. COLE, et al.,<br><br>             Defendants. | No. 3:10-cv-00371-JGC<br><br><u>CLASS ACTION</u><br><br>Senior Judge James G. Carr |

PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP TO PRODUCE DOCUMENTS RESPONSIVE TO PLAINTIFFS' SUBPOENAS

960193_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

  PLEASE TAKE NOTICE that Plaintiffs Plumbers & Pipefitters National Pension Fund, West Virginia Laborers Pension Trust Fund and Hawaii Ironworkers Annuity Trust Fund ("Plaintiffs") hereby move the Court for an order compelling third-party Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") to produce documents responsive to Request No. 3 of Plaintiffs' subpoenas issued by Plaintiffs in these actions.

  This motion is based upon this Motion, the Memorandum of Points and Authorities in support thereof, the accompanying Declaration of Laurie L. Largent, and such other matters and arguments as the Court may consider in the hearing of this motion.  Prior to the filing of this motion, Plaintiffs and third-party Skadden conferred in good faith on multiple occasions to resolve this discovery dispute but were unable to do so.

DATED:  August 1, 2014
          ROBBINS GELLER RUDMAN
           & DOWD LLP
          MICHAEL J. DOWD
          DEBRA J. WYMAN
          LAURIE L. LARGENT
          MAUREEN E. MUELLER


            s/ LAURIE L. LARGENT
            LAURIE L. LARGENT

          655 West Broadway, Suite 1900
          San Diego, CA  92101
          Telephone:  619/231-1058
          619/231-7423 (fax)

          ROBBINS GELLER RUDMAN
           & DOWD LLP
          JAMES E. BARZ
          200 South Wacker Drive, 31st Floor
          Chicago, IL  60606
          Telephone:  312/674-4674
          312/674-4676 (fax)

          Lead Counsel for Plaintiffs

- 2 -

          LANDSKRONER • GRIECO • MERRIMAN, LLC
          1360 West 9th Street, Suite 200
          Cleveland, OH 44113
          Telephone: 216/522-9000
          216/522-9007 (fax)

          Liaison Counsel for Plaintiffs

          O'DONOGHUE & O'DONOGHUE LLP
          LOUIS P. MALONE
          4748 Wisconsin Avenue, N.W.
          Washington, DC 20016
          Telephone: 202/362-0041
          202/362-2640 (fax)

          Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 1, 2014.

s/ LAURIE L. LARGENT
LAURIE L. LARGENT

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  llargent@rgrdlaw.com

960193_1

# Mailing Information for a Case 3:05-cv-07393-JGC Plumbers & Pipefitters National Pension Fund, et al v. Burns, et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E. Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph M. Callow , Jr**
  jcallow@kmklaw.com,ddaddesa@kmklaw.com

- **Michael J. Dowd**
  miked@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jack Landskroner**
  jack@lgmlegal.com,debra@lgmlegal.com

- **Laurie L. Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Arthur S. Linker**
  arthur.linker@kattenlaw.com

- **Ann L. Lugbill**
  alugbill@murphypllc.com,lisajohnsoncincinnati@gmail.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Dean N. Razavi**
  dean.razavi@kattenlaw.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **Keith W. Schneider**
  snichelson@ms-lawfirm.com

- **Scott D. Simpkins**
  sdsimp@climacolaw.com

- **Samantha A. Smith**
  e_file_sd@rgrdlaw.com

- **Joel W. Sternman**
  j.sternman@kattenlaw.com

- **Joseph P. Thacker**
  jthacker@tmlpa.com

- **Richard S. Walinski**
  walinski@tmlpa.com,dchiesa@tmlpa.com

- **Debra J. Wyman**
  debraw@rgrdlaw.com,hectorm@rgrdlaw.com,llargent@rgrdlaw.com,miked@rgrdlaw.com

- **David W. Zoll**
  david@toledolaw.com,angela@toledolaw.com,amy@toledolaw.com,emily@toledolaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jovana              Vujovic
```
Katten Muchin Rosenman - New York
575 Madison Avenue
New York, NY 10022