UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION (TOLEDO)

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND; SEIU PENSION PLANS MASTER TRUST; and WEST VIRGINIA LABORERS PENSION TRUST FUND, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) ) ) | No. 3:05-cv-07393-JGC<br>**(Consolidated for Discovery Purposes Only)**<br><u>CLASS ACTION</u><br>Senior Judge James G. Carr |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| MICHAEL J. BURNS and ROBERT C. RICHTER, | ) ) ) | |
| Defendants. | ) ) ) | |
| HAWAII IRONWORKERS ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | No. 3:10-cv-00371-JGC<br><u>CLASS ACTION</u> |
| Plaintiff, | ) ) | Senior Judge James G. Carr |
| vs. | ) ) | |
| BERNARD N. COLE, et al., | ) ) | |
| Defendants. | ) ) ) | |

DECLARATION OF LAURIE L. LARGENT IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP TO PRODUCE DOCUMENTS RESPONSIVE TO PLAINTIFFS' SUBPOENAS

I, LAURIE L. LARGENT, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of Robbins Geller Rudman & Dowd LLP, lead counsel for Plaintiffs and the Class in the above-entitled actions. I make this declaration in support of Plaintiffs' Motion to Compel Third-Party Party Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") to Produce Documents Responsive to Plaintiffs' Subpoenas. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action served on Jan. 16, 2014 in *Plumbers & Pipefitters Nat'l Pen. Fund. v. Burns, et al.*, No. 3:05-cv-07393 (N.D. Ohio);

Exhibit 2: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action served on Jan. 16, 2014 in *Hawaii Ironworkers Annuity Trust Fund v. Cole, et al.*, No. 3:10-cv-00371 (N.D. Ohio);

Exhibit 3: Responses and Objections to Subpoena by Skadden, Arps, Slate, Meagher & Flom LLP, served on Jan. 30, 2014 in *Plumbers & Pipefitters Nat'l Pen. Fund. v. Burns, et al.*, No. 3:05-cv-07393 (N.D. Ohio);

Exhibit 4: Responses and Objections to Subpoena by Skadden, Arps, Slate, Meagher & Flom LLP, served on Jan. 30, 2014 in *Hawaii Ironworkers Annuity Trust Fund v. Cole, et al.*, No. 3:10-cv-00371 (N.D. Ohio);

Exhibit 5: Excerpts from the deposition transcript of William Hennessy, dated May 1-2, 2014;

Exhibit 6: Excerpts from the deposition transcript of Douglas W. Hodge, dated June 2, 2014;

Exhibit 7: Excerpts from the deposition transcript of Robert C. Richter, dated June 11, 2014;

Exhibit 8: Excerpts from the deposition transcript of Michael J. Burns, dated June 25, 2014;

Exhibit 9: Excerpts from the deposition transcript of Bernard Cole, dated May 12-13, 2014;

- 1 -

960192_1

- 2 -

Exhibit 10: Excerpts from the deposition transcript of William Gieseler, dated January 23, 2014; and

Exhibit 11: Excerpts from the deposition transcript of Allan Glenn Paton, dated October 2, 2013.

3. Prior to the filing of this motion, Plaintiffs and third-party Skadden conferred in good faith on multiple occasions to resolve this discovery dispute but were unable to do so. Plaintiffs have also conferred in good faith with Joel Sternman and Arthur Linker of Katten Muchin Rosenman, who represent Dana Corporation ("Dana") and who also represent defendants in the *Plumbers* Action because Dana has informally objected to production of the interview notes on the basis of attorney-work product privilege. Plaintiffs and Dana were unable to come to an agreement on the issue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of August, 2014 at San Diego, California.

                                             s/ LAURIE L. LARGENT
                                             LAURIE L. LARGENT

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 1, 2014.

              s/ LAURIE L. LARGENT
              LAURIE L. LARGENT

              ROBBINS GELLER RUDMAN
                & DOWD LLP
              655 West Broadway, Suite 1900
              San Diego, CA  92101-8498
              Telephone:  619/231-1058
              619/231-7423 (fax)

              E-mail:   llargent@rgrdlaw.com

# Mailing Information for a Case 3:05-cv-07393-JGC Plumbers & Pipefitters National Pension Fund, et al v. Burns, et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E. Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph M. Callow , Jr**
  jcallow@kmklaw.com,ddaddesa@kmklaw.com

- **Michael J. Dowd**
  miked@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jack Landskroner**
  jack@lgmlegal.com,debra@lgmlegal.com

- **Laurie L. Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Arthur S. Linker**
  arthur.linker@kattenlaw.com

- **Ann L. Lugbill**
  alugbill@murphypllc.com,lisajohnsoncincinnati@gmail.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Dean N. Razavi**
  dean.razavi@kattenlaw.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **Keith W. Schneider**
  snichelson@ms-lawfirm.com

- **Scott D. Simpkins**
  sdsimp@climacolaw.com

- **Samantha A. Smith**
  e_file_sd@rgrdlaw.com

- **Joel W. Sternman**
  j.sternman@kattenlaw.com

- **Joseph P. Thacker**
  jthacker@tmlpa.com

- **Richard S. Walinski**
  walinski@tmlpa.com,dchiesa@tmlpa.com

- **Debra J. Wyman**
  debraw@rgrdlaw.com,hectorm@rgrdlaw.com,llargent@rgrdlaw.com,miked@rgrdlaw.com

- **David W. Zoll**
  david@toledolaw.com,angela@toledolaw.com,amy@toledolaw.com,emily@toledolaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jovana              Vujovic
Katten Muchin Rosenman - New York
575 Madison Avenue
New York, NY 10022
```