# EXHIBITS 5-11 TO BE E-FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY PROTECTIVE ORDER SIGNED BY THE HONORABLE JAMES G. CARR ON NOVEMBER 23, 2011 (DKT. NO. 148)