UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION (TOLEDO)

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND; SEIU PENSION PLANS MASTER TRUST; and WEST VIRGINIA LABORERS PENSION TRUST FUND, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) ) ) | No. 3:05-cv-07393-JGC **(Consolidated for Discovery Purposes Only)** <u>CLASS ACTION</u> Senior Judge James G. Carr |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| MICHAEL J. BURNS and ROBERT C. RICHTER, | ) ) ) ) | |
| Defendants. | ) ) | |
| HAWAII IRONWORKERS ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated, | ) ) ) ) ) | No. 3:10-cv-00371-JGC <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | Senior Judge James G. Carr |
| vs. | ) ) | |
| BERNARD N. COLE, et al., | ) ) | |
| Defendants. | ) ) ) | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP TO PRODUCE DOCUMENTS
RESPONSIVE TO PLAINTIFFS' SUBPOENAS

960240_1

- 1 -

After considering the submissions and arguments of the parties, third-party Skadden, Arps, Slate, Meagher & Flom LLP IS HEREBY ORDERED to produce all documents responsive to Request No. 3 of Plaintiffs' subpoenas issued in *Plumbers & Pipefitters National Pension Fund et al. v. Michael J. Burns and Robert C. Richter,* Civil Action No. 3:05-cv-07393-JGC (N.D. Ohio), and *Hawaii Ironworkers Annuity Trust Fund v. Bernard N. Cole, et al.*, No. 3:10-cv-00371-JGC (N.D. Ohio).

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____  _____
                                     THE HONORABLE JAMES G. CARR
                                     UNITED STATES DISTRICT JUDGE