IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Plumbers & Pipefitters National
Pension Fund, et al.,    Case No.  3:05cv07393

    Plaintiffs

    v.    **ORDER**

Michael J. Burns, et al.,

    Defendant,

and

Hawaii Ironworkers Annuity
Trust Fund, et al.,    Case No.  3:10cv371

    Plaintiffs,

    v.

Bernard N. Cole, et al.,

    Defendant,

Status conference held on August 26, 2014,

It is hereby

ORDERED THAT:

1. The deadline for defendants' expert responses and related deadlines is extended for thirty days.

2. Status conference previously set for December 9, 2014, has been reset to

  January 26, 2015 at 2:00 PM EDT  using the court's bridge line ( 419-213-5509

  Access Code 550911).

3. Proposed Agendas  shall be submitted by  January 21, 2015,.

So ordered.

                <u>s/ James G.Carr</u>
                Sr. U.S. District Judge