UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION (TOLEDO)

| | |
|---|---|
| PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND; SEIU PENSION PLANS MASTER TRUST; and WEST VIRGINIA LABORERS PENSION TRUST FUND, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL J. BURNS and ROBERT C. RICHTER,<br><br>Defendants. | No. 3:05-cv-07393-JGC<br>**(Consolidated for Discovery Purposes Only)**<br><br>CLASS ACTION<br><br>Senior Judge James G. Carr |
| HAWAII IRONWORKERS ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD N. COLE, et al.,<br><br>Defendants. | No. 3:10-cv-00371-JGC<br><br>CLASS ACTION<br><br>Senior Judge James G. Carr |

DECLARATION OF LAURIE L. LARGENT IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL THIRD-PARTY SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP TO PRODUCE DOCUMENTS RESPONSIVE TO PLAINTIFFS' SUBPOENAS

966701_1

- 1 -

I, LAURIE L. LARGENT, declare as follows:

1.   I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of Robbins Geller Rudman & Dowd LLP, lead counsel for Plaintiffs and the Class in the above-entitled actions.  I make this declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Third-Party Party Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") to Produce Documents Responsive to Plaintiffs' Subpoenas.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.   Attached is a true and correct copy of the following exhibit:

Exhibit 1:   Excerpts from the deposition transcript of Christopher Malloy, dated June 27, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 29th day of August, 2014 at San Diego, California.

                                                              s/ LAURIE L. LARGENT
                                                                LAURIE L. LARGENT

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 29, 2014.

                                                 s/ LAURIE L. LARGENT
                                                 LAURIE L. LARGENT

                                                 ROBBINS GELLER RUDMAN
                                                        & DOWD LLP
                                                 655 West Broadway, Suite 1900
                                                San Diego, CA  92101-8498
                                                Telephone:  619/231-1058
                                                619/231-7423 (fax)

                                                E-mail:   llargent@rgrdlaw.com

# Mailing Information for a Case 3:05-cv-07393-JGC Plumbers & Pipefitters National Pension Fund, et al v. Burns, et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E. Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph M. Callow , Jr**
  jcallow@kmklaw.com,ddaddesa@kmklaw.com

- **Michael J. Dowd**
  miked@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jack Landskroner**
  jack@lgmlegal.com,debra@lgmlegal.com

- **Laurie L. Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Arthur S. Linker**
  arthur.linker@kattenlaw.com

- **Ann L. Lugbill**
  alugbill@murphypllc.com,lisajohnsoncincinnati@gmail.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Dean N. Razavi**
  dean.razavi@kattenlaw.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **Keith W. Schneider**
  snichelson@ms-lawfirm.com

- **Scott D. Simpkins**
  sdsimp@climacolaw.com

- **Samantha A. Smith**
  e_file_sd@rgrdlaw.com

- **Joel W. Sternman**
  j.sternman@kattenlaw.com

- **Joseph P. Thacker**
  jthacker@tmlpa.com

- **Richard S. Walinski**
  walinski@tmlpa.com,dchiesa@tmlpa.com

- **Debra J. Wyman**
  debraw@rgrdlaw.com,hectorm@rgrdlaw.com,llargent@rgrdlaw.com,miked@rgrdlaw.com

- **David W. Zoll**
  david@toledolaw.com,angela@toledolaw.com,amy@toledolaw.com,emily@toledolaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jovana               Vujovic
Katten Muchin Rosenman - New York
575 Madison Avenue
New York, NY 10022
```