UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION (TOLEDO)

| | |
|---|---|
| PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND; SEIU PENSION PLANS MASTER TRUST; and WEST VIRGINIA LABORERS PENSION TRUST FUND, On Behalf of Themselves and All Others Similarly Situated, </br></br>　　　　　　　　　Plaintiffs, </br></br>　vs. </br></br>MICHAEL J. BURNS and ROBERT C. RICHTER, </br></br>　　　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 3:05-cv-07393-JGC

<u>CLASS ACTION</u>

Senior Judge James G. Carr

CLASS REPRESENTATIVES' MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT

LANDSKRONER • GRIECO • MERRIMAN, LLC
JACK LANDSKRONER (0059227)
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
　& DOWD LLP
MICHAEL J. DOWD
DEBRA J. WYMAN
LAURIE L. LARGENT
MAUREEN E. MUELLER
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

1160714_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Class Representatives hereby move this Court, pursuant to Fed. R. Civ. P. 23(e) for an order preliminarily approving the settlement of the above-entitled action. This motion is based on the accompanying memorandum of law, the Stipulation of Settlement dated July 13, 2016, the pleadings, rulings and other papers on file, and such other matters as may be presented to the Court. Defendants do not oppose this motion.[1]

DATED: July 14, 2016

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
MICHAEL J. DOWD
DEBRA J. WYMAN
LAURIE L. LARGENT
MAUREEN E. MUELLER

s/ Debra J. Wyman
DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
JAMES E. BARZ
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

Lead Counsel for Plaintiffs

LANDSKRONER • GRIECO • MERRIMAN, LLC
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)

Liaison Counsel

---

[1] Class Counsel has conferred with counsel for Defendants and Defendants do not oppose this motion.

- 2 -

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
Telephone: 202/362-0041
202/362-2640 (fax)

Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2016.

s/ Debra J. Wyman
DEBRA J. WYMAN

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: debraw@rgrdlaw.com

# Mailing Information for a Case 3:05-cv-07393-JGC Plumbers & Pipefitters National Pension Fund, et al v. Burns, et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E. Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph M. Callow , Jr**
  jcallow@kmklaw.com

- **Michael J. Dowd**
  miked@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jack Landskroner**
  jack@lgmlegal.com,debra@lgmlegal.com

- **Laurie L. Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Arthur S. Linker**
  arthur.linker@kattenlaw.com

- **Ann L. Lugbill**
  alugbill@murphypllc.com,lisajohnsoncincinnati@gmail.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Dean N. Razavi**
  dean.razavi@kattenlaw.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **Scott D. Simpkins**
  sdsimp@climacolaw.com

- **Samantha A. Smith**
  e_file_sd@rgrdlaw.com

- **Joel W. Sternman**
  j.sternman@kattenlaw.com

- **Joseph P. Thacker**
  jthacker@tmlpa.com

- **Richard S. Walinski**
  rwalinski@trzlaw.com,dchiesa@tmlpa.com

- **Debra J. Wyman**
  debraw@rgrdlaw.com,hectorm@rgrdlaw.com,llargent@rgrdlaw.com,miked@rgrdla

- **David W. Zoll**
  david@toledolaw.com,angela@toledolaw.com,amy@toledolaw.com,emily@toledol

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Plumbers & Pipefitters National Pension Fund
Landskroner Grieco Madden, Ltd.
1360 West 9th Street, Ste. 200
Cleveland, OH 44113

SEIU Pension Plans Master Trust
Landskroner Grieco Madden Ltd
1360 West 9th Street, Ste. 200
Cleveland, OH 44077

Keith                    W. Schneider
Maguire & Schneider
Ste. 150
1650 Lake Shore Drive
Columbus, OH 43204
```

**Jovana Vujovic**
Katten Muchin Rosenman − New York
575 Madison Avenue
New York, NY 10022

**West Virginia Laborers Pension Trust Fund**
Landskroner Grieco Madden, Ltd.
1360 West 9th Street, Ste. 200
Cleveland, OH 44113