UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND; SEIU PENSION PLANS MASTER TRUST; and WEST VIRGINIA LABORERS PENSION TRUST FUND, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DANA CORPORATION, et al., <br><br> Defendants. | Case No. 3:05-cv-07393-JGC <br><br> Senior Judge James G. Carr <br><br> **MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*** |

NOW COME Plaintiffs, by and through its counsel, Jack Landskroner of Landskroner Grieco Merriman, LLC, respectfully requesting an Order be entered permitting attorney Jeffrey D. Light to appear *pro hac vice* in the pending matter. Jeffrey D. Light has been admitted to practice law in the state of California since 1992. The Affidavit of Jeffrey D. Light is attached hereto and incorporated herein in support of said motion.

DATED: July 21, 2016              LANDSKRONER GRIECO MERRIMAN, LLC

                                  s/Jack Landskroner
                                  Jack Landskroner (0059227)
                                  LANDSKRONER GRIECO MERRIMAN, LLC
                                  1360 West 9th Street, Suite 200
                                  Cleveland, OH  44113
                                  Phone (216) 522-9000
                                  Fax (216) 522-9007
                                  jack@lgmlegal.com
                                  and
                                  Jeffrey D. Light (CA Bar No. 159515)
                                  ROBBINS GELLER RUDMAN & DOWD LLP
                                  655 West Broadway, Suite 1900
                                  San Diego, CA  92101
                                  Phone (619) 231-1058
                                  Fax (619) 231-7423
                                  JeffL@rgrdlaw.com
                                  *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 s/Jack Landskroner
                                                 Jack Landskroner

## AFFIDAVIT OF JEFFREY D. LIGHT

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

Jeffrey D. Light, being first duly sworn, deposes and states as follows:

1. I am admitted to practice before the Supreme Court of California. My California bar registration number is 159515.

2. I have never been the subject of a disciplinary action of any kind before any bar or court and am currently in good standing with the Supreme Court of California.

3. I have associated with Jack Landskroner and his firm, Landskroner Grieco Merriman, LLC, who will act as co-counsel in this matter. Mr. Landskroner is a member of the Ohio bar and is admitted to the Bar of this Court.

4. I regularly represent individuals and classes of individuals in similar litigation in other federal courts. I am the attorney sought by the plaintiff in this case, and good cause exists for this Court to admit me *pro hac vice*.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Jeffrey D. Light

SUBSCRIBED and SWORN TO before me this 21st day of July, 2016.

_____
Notary Public

JACLYN STARK
Commission # 2084379
Notary Public - California
San Diego County
My Comm. Expires Oct 28, 2018